## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**STEVEN LEE REID**

       **Plaintiff,**

                                        **Civil Action 2:12-cv-108**

   **v.**                                    **Judge Gregory L. Frost**

                                      **Magistrate Judge Elizabeth P. Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

### ORDER

This matter is before the Court for consideration of Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 1383(d)(2)(A)(iv), in which the Plaintiff requests attorney's fees totaling $3,033 for 15.6 hours of work performed in this Court. (ECF No. 18.)  The Commissioner does not oppose or object to Plaintiff's requested fees. (ECF No. 19.)  Having reviewed Plaintiff's supporting documentation, the Court concludes that he has provided satisfactory evidence to support his counsel's requested fees and that the award does not present counsel with a windfall fee.  Accordingly, the Court **GRANTS** Plaintiff's Motion and **AWARDS** fees in the amount of **$3,033**.

       **IT IS SO ORDERED**.

                                            /s/   Gregory L. Frost

                                          GREGORY L. FROST

                                          UNITED STATES DISTRICT JUDGE